**Faye COHEN and Mary C. Hallam,**
**Appellees,**

v.

**EMPLOYER'S LIABILITY ASSURANCE**
**CORPORATION, LIMITED,**
**Appellant.**

**No. 8279.**

United States Court of Appeals
Fourth Circuit.

Argued April 18, 1961.

Decided April 24, 1961.

Thomas G. Andrew, Baltimore, Md. (Rollins, Smalkin, Weston & Andrew, Baltimore, Md., on brief), for appellant.

Melvin J. Sykes and Paul Berman, Baltimore, Md. (Sigmund Levin, Theodore B. Berman, and Bayard Z. Hochberg, Baltimore, Md., on brief), for appellees.

Before SOPER, HAYNSWORTH and BOREMAN, Circuit Judges.

PER CURIAM.

The judgment in this case is affirmed upon the opinion of the District Judge. See Cohen v. Employers' Liability Assur. Corp., D.C., 187 F.Supp. 25.

Affirmed.

**SOUTHERN PREMIUM STAMP COM-**
**PANY, Appellant,**

v.

**UNITED STATES of America,**
**Appellee.**

**No. 18691.**

United States Court of Appeals
Fifth Circuit.

May 9, 1961.

Ed G. Barham, Valdosta, Ga., Eberhardt, Franklin, Barham & Coleman, Valdosta, Ga., for appellant.

Charles B. E. Freeman, Lee A. Jackson, Dept. of Justice, Washington, D. C., Abbott M. Sellers, Acting Asst. Atty. Gen., Dept. of Justice, Washington, D. C., Frank O. Evans, U. S. Atty., Macon, Ga., Louis F. Oberdorfer, Asst. Atty. Gen., I. Henry Kutz, Attorney, Department of Justice, Washington, D. C., Earle B. May, Jr., Asst. U. S. Atty., Macon, Ga., for appellee.

Before RIVES, JONES and BROWN, Circuit Judges.

PER CURIAM.

The issues on this appeal are accurately stated in the opinion of the district court, Southern Premium Stamp Company v. United States, 191 F.Supp. 158. The disposition of these issues and the authorities which establish the controlling principles are clearly set forth in the district court's opinion and its judgment is affirmed.